AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Regena Andrews,<br>*on behalf of herself and all others similarly situated*<br>―――――――――――――――――――<br>*Plaintiff*<br>v.<br><br>―――――――――――――――――――<br>Prisma Health<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    6:23-cv-03153-JDA

## JUDGMENT IN A CIVIL ACTION

The court has ordered that*:*

■  this case is DISMISSED without prejudice.

This action was:

■ decided by the Honorable Jacquelyn D Austin, United States District Judge

Date:   August 16, 2024                              *CLERK OF COURT*

                                                    s/Jenny Smith, Deputy Clerk
                                                    ―――――――――――――――――――――――
                                                    *Signature of Clerk or Deputy Clerk*